# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

☐ Benton ☒ East St. Louis ☐ Contested ☒ Uncontested

## MINUTES OF DISPOSITION

JUDGE: David R. Herndon, United States District Judge

USA v. Scott Alexander & Nancy Alexander   CRIMINAL CASE NO.: 17-CR-30111-DRH-1 & 2

REPORTER: Laura Esposito   DEPUTY: Alex Francis

GOVT COUNSEL: Norman Smith   DEF. COUNSEL: J. Martin Hadican

PROBATION OFFICER: Tammi Spencer

DATE: August 24, 2018   TIME: 1:25 PM – 2:33 PM

___

Court orders recommendations to be placed under separate seal and counsel will not have access to same.

Guidelines for both Defendants:
OFFENSE LEVEL: 13     CRIMINAL HISTORY CATEGORY: I
SENTENCE RANGE: 12 to 18 months   FINE RANGE: $5,500 to $55,000
SUPERVISED RELEASE RANGE: 1 year to 3 years

Victim impact statement given by Patrick Nichols.

SENTENCE: Defendants to be imprisoned for a term of 6 months as to each of Counts 1 & 2 of the Indictment, to be served concurrently.

SUPERVISED RELEASE: Upon release from imprisonment, Defendants shall be placed on Supervised Release for a term of 3 years as to each of Counts 1 & 2 of the Indictment, to be served concurrently.

FINES are waived.

Defendants shall each pay a SPECIAL ASSESSMENT of $200.00 payable to the Clerk, United States District Court, due immediately.

Defendants are ordered to pay RESTITUTION in the amount of $44,576.04, jointly and severally, as indicated in the judgment.   X   INTEREST WAIVED   _____ INTEREST IMPOSED

Defendants advised of right to appeal within 14 days.

Defendants shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. Defendants advised of penalties for failure to appear.